**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CHET MURRY**  **PETITIONER**
**ADC #088146**

**V.**  **NO. 5:05CV00283 WRW**

**LARRY NORRIS, Director,**  **RESPONDENT**
**Arkansas Department of Correction**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Respondent's motion to dismiss (docket entry #7) is granted. Judgment shall be entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus without prejudice to Petitioner's refiling after fully exhausting his remedies in state court.

IT IS SO ORDERED this 28th day of November, 2005.

　　　　　　　　　　　　　　　　　　　　　 /s/ Wm. R.Wilson,Jr.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE