**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

| | |
|---|---|
| **CHET MURRY** | **PETITIONER** |
| **ADC #088146** | |
| V. | NO. 5:05CV00283 WRW |
| **LARRY NORRIS, Director,** | **RESPONDENT** |
| **Arkansas Department of Correction** | |

### JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus in its entirety without prejudice to Petitioner's refiling after fully exhausting his remedies in state court.

IT IS SO ORDERED this 28th day of November, 2005.

    /s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE